NUMBER 13-03-465-CR

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI - EDINBURG
____________________________________________________________________

RACHEL VALLEJO CARDENAS,                                          Appellant,

v.

THE STATE OF TEXAS,                                                      Appellee.
____________________________________________________________________

On appeal from the 370th District Court of Hidalgo County, Texas.
___________________________________________________________________

MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Hinojosa and Garza
Opinion Per Curiam

         Appellant, RACHEL VALLEJO CARDENAS, perfected an appeal from a judgment
entered by the 370th District Court of Hidalgo County, Texas, in cause number CR-1438-03-G. Appellant has filed a motion to dismiss the appeal. The motion complies
with Tex. R. App. P. 42.2(a).
         The Court, having considered the documents on file and appellant’s motion to
dismiss the appeal, is of the opinion that appellant's motion to dismiss the appeal
should be granted. Appellant's motion to dismiss the appeal is granted, and the appeal
is hereby DISMISSED.
                                                               PER CURIAM
Do not publish.
Tex. R. App. P. 47.2(b).
Opinion delivered and filed this
the 17th day of June, 2004.